IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 98-cr-00104-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HERNANDO SANCHEZ,

    Defendant.

## ORDER EXONERATING BOND

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated September 2, 2010, at Denver, Colorado.

                                                  BY THE COURT:

                                                  */s/ Robert E. Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge